The **NEW YORK CENTRAL RAILROAD COMPANY**, Respondent, Appellant,

v.

**UNITED STATES of America,**
Libellant, Appellee.

No. 6670.

United States Court of Appeals
First Circuit.

Heard March 4, 1966.

Decided April 13, 1966.

Richard J. Ferriter, Boston, Mass., for appellant.

Alan S. Rosenthal, Attorney, Department of Justice, with whom John W. Douglas, Asst. Atty. Gen., W. Arthur Garrity, Jr., U. S. Atty., and John C. Eldridge, Attorney, Department of Justice, were on brief, for appellee.

Before ALDRICH, Chief Judge, and McENTEE and COFFIN, Circuit Judges.

PER CURIAM.

Judgment affirmed, on the opinion of the District Court, 252 F.Supp. 508.

Theodore W. **CUNNINGHAM**, Individually and as a Partner of White and Cunningham, a Partnership, Composed of W. J. White, Jr., and Theodore W. Cunningham, Appellant,

v.

**A. J. ABERMAN, INC.**

No. 15471.

United States Court of Appeals
Third Circuit.

Argued Jan. 20, 1966.

Decided March 15, 1966.

Rehearing Denied April 4, 1966.

Paul Ginsburg, Pittsburgh, Pa., for appellant.

David R. Levin, Pittsburgh, Pa., for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and GANEY, Circuit Judges.

PER CURIAM:

On review of the record and consideration of the supplemental briefs filed by the parties, the Order of the District Court dated March 25, 1965 will be affirmed for the reasons so well stated by Judge Sorg in his Opinion, 252 F.Supp. 602, filed that date.

William C. **FORBIS**, Appellant,

v.

**EDUCATORS AUTOMOBILE INSURANCE COMPANY**, Appellee.

No. 8283.

United States Court of Appeals
Tenth Circuit.

April 12, 1966.

Al Pugh, Oklahoma City, Okl. (Frantz C. Conrad and Paul Pugh, Oklahoma City, Okl., on brief), for appellant.

Charles W. Stubbs, Oklahoma City, Okl. (Burton J. Johnson, Oklahoma City, Okl., on brief), for appellee.

Before MURRAH, Chief Judge, and LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

The judgment is affirmed for reasons stated in the opinion of the trial court. Forbis v. Educators Automobile Insurance Company, D.C., 239 F.Supp. 667.